Ray K. Shahani, Esq.          SBN 160,814
Attorney at Law
Twin Oaks Office Plaza
477 Ninth Avenue, Suite 112
San Mateo, California 94402-1854
Telephone: (650) 348-1444
Facsimile: (650) 348-8655

Attorney for Defendants and Counterclaimants
JOHN C. GREEN, LOUIS J. LOPEZ and JOHN C. PYLE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON O. WATSON,<br><br>Plaintiff<br><br>vs.<br><br>JOSE L. MARIN, JOHN C. GREEN, LOUIS J. LOPEZ, JOHN C. PYLE, ZUMA PRESS, INC., MAINSTREAM DATA, INC., AND JOHN DOES 1-10,<br><br>Defendants | Case No:   LACV11-5566 SJO (RZx)<br><br>NOTICE OF VOLUNTARY DISMISSAL BY COUNTERCLAIMANTS JOHN C. GREEN, LOUIS J. LOPEZ AND JOHN C. PYLE |
| JOHN C. GREEN, LOUIS J. LOPEZ, JOHN C. PYLE,<br><br>Counterclaimants<br><br>vs.<br><br>JASON O. WATSON, AND DOES 1-10,<br><br>Counterdefendants | |

TO ALL PARTIES: Counterclaimants JOHN C. GREEN, LOUIS J. LOPEZ and JOHN C. PYLE (hereafter collectively "COUNTERCLAIMANTS"), through their designated counsel, hereby dismiss all named Counterdefendants including JASON O. WATSON, in the present action without prejudice pursuant to Federal Rule of Civil Procedure 41(c)(1) and 41(a)(1)(A)(i).

Dated: October 19, 2011          By:     RAY K. SHAHANI
                                         ATTORNEY AT LAW

                                         _____
                                         Ray K. Shahani, Esq.
                                         **Attorney for Counterclaimants**

///

**PROOF OF SERVICE**
STATE OF CALIFORNIA, COUNTY OF SAN MATEO

I am employed in the county of San Mateo, State of California. I am over the age of 18 and not a party to the within action; my business address is Twin Oaks Office Plaza, 477 Ninth Avenue, Suite 112, San Mateo, CA 94402-1854.

On __**October 20, 2011**__, I served the foregoing document described as :

1. NOTICE OF VOLUNTARY DISMISSAL BY COUNTERCLAIMANTS JOHN C. GREEN, LOUIS J. LOPEZ AND JOHN C. PYLE.

on parties on the mailing list.

_____ by placing the true cop(ies) thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

__X__ BY FIRST CLASS MAIL
I deposited such envelope in the mail in San Mateo, California. The envelope was mailed with postage thereon fully prepaid.

__X__ BY ELECTRONIC MAIL
I caused each document to be sent by Electronic Mail to the email address(es) indicated in the mailing list.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at SAN MATEO, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Mailing List:

| Attorney for Plaintiff:<br>Carolyn E. Wright, Esq.<br>Law Office of Carolyn E. Wright LLC<br>P.O. Box 430<br>Glenbrook, NV 89413<br>cewright@cewrightlaw.com | |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on __October 20, 2011__, at San Mateo, California.

_____
LEO K. LAI