1 | Ray K. Shahani, Esq.          SBN 160,814
Attorney at Law
2 | Twin Oaks Office Plaza
477 Ninth Avenue, Suite 112
3 | San Mateo, California 94402-1854
Telephone: (650) 348-1444
4 | Facsimile: (650) 348-8655

5 | Attorney for Defendants and Counterclaimants
JOHN C. GREEN, LOUIS J. LOPEZ and JOHN C. PYLE

6

7

8 |                     UNITED STATES DISTRICT COURT

9 |                   CENTRAL DISTRICT OF CALIFORNIA

JASON O. WATSON,                        | Case No:      LACV11-5566 SJO (RZx)

10
                  Plaintiff             | NOTICE OF MOTION AND MOTION FOR
11                                      | WITHDRAWAL OF ATTORNEY UNDER
                  vs.                   | L.R. 83-2.9; ([PROPOSED] ORDER
12
JOSE L. MARIN, JOHN C. GREEN, LOUIS    |
13 | J. LOPEZ, JOHN C. PYLE, ZUMA PRESS,  |
INC., MAINSTREAM DATA, INC., AND       |
14 | JOHN DOES 1-10,                      |

15 |                 Defendants            |

16

17 |        TO ALL PARTIES:

18 |        Pursuant to Local Rule 83, and in particular Local Rules 83-2.9 and 83-2.10 of the Local

19 | Rules of the United States District Court for the Central District of California, individual

20 | defendants JOHN C. GREEN, LOUIS J. LOPEZ and JOHN C. PYLE, hereby notify the Court

21 | and opposing counsel that defendants JOHN C. GREEN, LOUIS J. LOPEZ and JOHN C. PYLE

22 | hereby request permission for withdrawal of attorney of record RAY K. SHSHANI, ESQ., and

23 | for permission to appear as *pro se* litigants in this case.

24 |        Defendants have been advised of their obligations under Local Rule 83-2.10.

25 | Dated:  11/04/2011
                                         _____
26                                       John C. Green, Defendant
                                         In pro se
27

28 | Dated: _____            _____

1

2

3    Dated: _11-2-11_

4

5

6    Dated: _____

7

8

9

10

11

12

13

14

15

16

17

18   Date: _____

19

20

21

22

23

24

25

26

27

28

Louis J. Lopez, Defendant
In pro se

_____
John C. Pyle, Defendant
In pro se

_____
Ray K. Shahani, Esq.


([PROPOSED] ORDER

It is hereby ordered that attorney RAY K. SHAHANI, ESQ., may withdraw from this matter and defendants JOHN C. GREEN, LOUIS J. LOPEZ and JOHN C. PYLE may appear as *pro se* litigants in this case.


_____
The Hon. S. James Otero, U.S. District Court Judge

Notice of Motion and Motion for Withdrawal of Attorney; [Proposed] Order
Watson v. Marin et al.

Page 2 of 2
MotionWithdrawal 110211-1.wpd

Louis
Lopez

Digitally signed by Louis Lopez
DN: cn=Louis Lopez, o=Cal Sport
Media, ou=National Assignment
Editor,
email=louis@calsportmedia.com,
c=US
Date: 2011.11.02 19:24:58 -07'00'

Louis J. Lopez, Defendant
In pro se

Dated: 11/2/11

_____
John C. Pyle, Defendant
In pro se

Dated: 11 - 7-2011

_____
Ray K. Shahani, Esq.

([PROPOSED] ORDER

    It is hereby ordered that attorney RAY K. SHAHANI, ESQ., may withdraw from this matter and defendants JOHN C. GREEN, LOUIS J. LOPEZ and JOHN C. PYLE may appear as *pro se* litigants in this case.

Date: _____

_____
The Hon. S. James Otero, U.S. District Court Judge

Notice of Motion and Motion for Withdrawal of Attorney; [Proposed} Order
Watson v. Marin et al.
Page 2 of 2
MotionWithdrawal 110211-1.wpd

**PROOF OF SERVICE**
STATE OF CALIFORNIA, COUNTY OF SAN MATEO

I am employed in the county of San Mateo, State of California. I am over the age of 18 and not a party to the within action; my business address is Twin Oaks Office Plaza, 477 Ninth Avenue, Suite 112, San Mateo, CA 94402-1854.

On __**November 7, 2011**__, I served the foregoing document described as :

1.     NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF ATTORNEY UNDER L.R. 83-2.9; [PROPOSED] ORDER


on parties on the mailing list.

_____ by placing the true cop(ies) thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

_____   BY FIRST CLASS MAIL
I deposited such envelope in the mail in San Mateo, California. The envelope was mailed with postage thereon fully prepaid.

__X__   BY ELECTRONIC MAIL
I caused each document to be sent by Electronic Mail to the email address(es) indicated in the mailing list.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at SAN MATEO, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Mailing List:

| | |
|---|---|
| Attorney for Plaintiff Jason O Watson:<br>Carolyn E. Wright, Esq.<br>Law Office of Carolyn E. Wright LLC<br>P.O. Box 430<br>Glenbrook, NV 89413<br>cewright@cewrightlaw.com | Attorney for Defendant Jose L Marin:<br>John Faustino Bazan<br>John F Bazan Law Offices<br>7743 S Painter Ave, Ste A<br>Whittier, CA 90602<br>626-576-2747<br>Email: johnfbazan@yahoo.com |
| Attorney for Defendant Zuma Press Inc:<br>Nancy E Wolff<br>Cowan DeBaets Abrahams and Sheppard<br>41 Madison Avenue 34th Floor<br>New York, NY 10010<br>212-974-7474<br>Email: nwolff@cdas.com | Attorney for Defendant Mainstream Data Inc:<br>Lincoln D Bandlow<br>Lathrop & Gage LLP<br>1888 Century Park East Suite 1000<br>Los Angeles, CA 90067<br>310-789-4600<br>Fax: 310-789-4601<br>Email: lbandlow@lathropgage.com |

///

1    I declare under penalty of perjury under the laws of the State of California that the above is true and

2    correct.

    Executed on    November 7, 2011   , at San Mateo, California.

3

                                                        /Leo Lai/
4                                                      LEO K. LAI

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Watson v. Marin et al., Green et al., v. Watson, LACV11-5566                          Proof of Service