Ray K. Shahani, Esq.  SBN: 160,814
Ray K. Shahani, Attorney at Law
477 9th Avenue, Suite 112
San Mateo, CA 94402
Tel: 650-348-1444
Attorney for Defendants John C. Green, John C. Pyle
and Louis J. Lopez

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Jason O. Watson | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 11-05566 SJO (RZ) |
| v. | |
| Marin et al. | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

John C. Green        ☐ Plaintiff  ☑ Defendant  ☑ Other  Counterclaimant
*Name of Party*

hereby request the Court approve the substitution of John C. Green in Pro Se
                                                        *New Attorney*

as attorney of record in place and stead of Ray K. Shahani
                                              *Present Attorney*

Dated  X  11-10-11

X _____
*Signature of Party/Authorized Representative of Party*
John C. Green

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated  11-8-2011

_____
*Signature of Present Attorney*    Ray K. Shahani, Esq.

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated _____

_____
*Signature of New Attorney*

_____
*State Bar Number*

If party requesting to appear Pro Se:

Dated  X  11-10-11

X _____
*Signature of Requesting Party*
John C. Green

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)              REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY