# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| Plaintiff(s)<br><br>v.<br><br>Defendant(s). | |
| | ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

_____  ☐ Plaintiff  ☐ Defendant  ☐ Other  _____
*Name of Party*

to substitute _____ who is

☐ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

_____
*Street Address*

_____          _____
*City, State, Zip*                                    *E-Mail Address*

_____        _____        _____
*Telephone Number*              *Fax Number*                    *State Bar Number*

as attorney of record in place and stead of _____
*Present Attorney*

**is hereby**    ☐ **GRANTED**        ☐ **DENIED**


Dated _____              _____
                                        U. S. District Judge/U.S. Magistrate Judge


**NOTICE TO COUNSEL :** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

G–01 ORDER (06/05)          **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**