# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 11-05566 SJO (RZx) |
| Date | October 19, 2012 |
| Title | Jason O Watson v. Jose L Marin et al |

Present: The Honorable **S. JAMES OTERO**

| Victor Paul Cruz | not present | |
|---|---|---|
| Deputy Clerk | Court Recorder | Tape No. |

Attorneys Present for Plaintiffs: Not Present

Attorneys Present for Defendants: Not Present

**Proceedings:** IN CHAMBERS

Having reviewed the joint status report filed 10/19/12, the Court vacates the Status Conference, the Pretrial Conference and Trial dates. The Court sets an Order to Show Cause on December 10, 2012 @ 8:30 a.m. re Defendant Jose L. Marin's failure to prosecute. Defendant Marin is Ordered to appear at this proceeding. Failure to appear may result in the striking of Defendant's answer.

| | : | |
|---|---|---|
| | Initials of Preparer | vpc |